IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. ALLEY, | No. CIV S-05-1921-LKK-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| TOM L. CAREY, et al., | |
|     Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondents' motion to dismiss (Doc. 9), filed on January 6, 2006. Petitioner has filed an opposition (Doc. 10).

      On April 7, 2006, the undersigned issued findings and recommendations recommending that these proceedings be stayed pending the outcome of <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005), currently on appeal to the United States Court of Appeals for the Ninth Circuit. Petitioner has filed objections.

///

///

///

1

IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on April 7, 2006, are vacated; and

2. Respondents' motion to dismiss stands submitted and will be addressed by separate findings and recommendations.

DATED: April 25, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE