IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. ALLEY, | No. CIV S-05-1921-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| TOM L. CAREY, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is appointed counsel's motion to withdraw (Doc. 22), filed on November 2, 2006.  Good cause appearing therefor, the motion will be granted.  The court hereby re-appoints the Federal Public Defender, who shall seek replacement counsel.  Once replacement counsel is located, the Federal Public Defender shall file a substitution of attorneys.  The court will also sua sponte extend the time for petitioner, through new counsel, to file a supplemental memorandum of points and authorities in support of the petition.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of Marylou Hillberg, Esq. to withdraw as appointed counsel (Doc. 22) for petition is granted;

2. The Federal Public Defender is re-appointed as counsel for petitioner;

3. Within 60 days of the date of this order, petitioner, through appointed counsel, may file a supplemental memorandum of points and authorities addressing the merits of the claims raised in the petition;

4. Within 30 days after service of petitioner's supplemental memorandum in support of the petition, or within 30 days after expiration of the time to do so if none is filed, respondents shall file an answer;

5. Petitioner's traverse is due within 30 days after service of respondents' answer; and

6. The Clerk of the Court is further directed to serve a copy of this order by mail on Cynthia L. Compton, CJA Administrator, Office of the Federal Defender, 801 "I" Street, 3rd Floor, Sacramento, CA 95814.

DATED:  November 8, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE