IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. ALLEY, | No. CIV S-05-1921-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>AMENDED ORDER</u> |
| TOM L. CAREY, et al., | |
| Respondents. | |
| _____/ | |

        Petitioner, a state prisoner, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is appointed counsel's motion to withdraw (Doc. 22), filed on November 2, 2006. This order amends the court's November 13, 2006, order granting the motion to withdraw. Specifically, upon further review of the petition, the court concludes that re-appointment of the Federal Public Defender is not warranted. The Clerk of the Court will be directed to update the docket to reflect that petitioner is pro se.

        This action proceeds on the petition filed on September 22, 2005. On December 7, 2005, the court determined that service was appropriate. The court will now vacate the current supplemental briefing schedule and set a deadline for respondents to file an answer to the petition which complies with Rule 5 of the Federal Rules Governing Section 2254 Cases. In

particular, the answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of Marylou Hillberg, Esq. to withdraw as appointed counsel (Doc. 22) for petitioner is granted;

2. Re-appointment of the Federal Public Defender is not warranted;

3. The Clerk of the Court is directed to update the docket to reflect that petitioner is proceeding pro se;

4. The supplemental briefing schedule set forth in the court's November 13, 2006, order is vacated;

5. Within 30 days after service of this order, respondents shall file an answer to the petition;

6. Petitioner's pro se traverse is due within 30 days after service of respondents' answer; and

7. The Clerk of the Court is directed to serve a copy of this order by mail on David Porter, Esq., Office of the Federal Defender, 801 "I" Street, 3rd Floor, Sacramento, CA 95814.

DATED:  November 28, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE