**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD L. ALLEY, | No. CIV S-05-1921-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| TOM L. CAREY, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the September 18, 2002, denial of parole. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 6, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 6, 2008, are adopted in full;

    2. Petitioner's petition for a writ of habeas corpus (Doc. 1) is denied;

    3. Respondents' request for a stay (Doc. 32) pending issuance of the mandate in Hayward is denied as unnecessary; and

    4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: September 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT